**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **ROBBIE E. STROTHER** § | |
| § | |
| **V.** § | **NO. 1:07-CV-958** |
| § | |
| **MICHAEL J. ASTRUE,** § | |
| **Commissioner of** § | |
| **Social Security Administration** § | |

**MEMORANDUM OPINION ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge, recommending that the court deny plaintiff's motion to proceed *in forma pauperis*. Plaintiff has not filed objections to the magistrate judge's recommendation.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. Plaintiff's "Motion to Proceed In Forma Pauperis" (Docket No. 2) is **DENIED**. Plaintiff is directed to pay the full filing fee on or before February 25, 2008. Failure to pay the filing fee may result in dismissal of this action.

    **SIGNED** this the **28** day of **January, 2008.**

_____
Thad Heartfield
United States District Judge